IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE D. ROBINSON, | ) | No. C 10-5003 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| C/O J.M. HERNADEZ, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at Corcoran State Prison. The acts complained of occurred in Corcoran, and Defendants are located in Corcoran, which lies within the venue of the Eastern District of California.

Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: __12/6/2010__            _/s/ Lucy H. Koh_
                                                    LUCY H. KOH
                                                    United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Robinson003trans.wpd