# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. ROBINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>HERNADEZ, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:10-cv-02284-LJO-SMS PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 11) |

On January 24, 2011, Plaintiff Maurice D. Robinson filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on January 24, 2011.

IT IS SO ORDERED.

**Dated:    January 25, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE